### Corbin v. Safety Container Corp. et al., Appellants.

Argued September 17, 1973. *Raymond Pearlstine,* with him *Alan E. Boroff* and *Andrew B. Cantor,* for appellants; *Gilbert P. High, Jr.,* with him *High, Swartz, Roberts & Seidel,* for appellee.

Order affirmed.

Spaulding, J., absent.

### Gigliotti et vir, Appellants, v. Penn Hills Center et al.

Argued April 9, 1973. *Sidney R. Finkel,* with him *Savage, Finkel & Love,* for appellants; *Howard K. Hilner,* with him *Preston J. McDonnell,* for appellee.

Order affirmed.